BEFORE THE THIRD DIVISION, SEPTEMBER 20, 1966

**No. P66/222.**—Charles Sadek Import Co., Inc. v. United States, protests 62/8895, etc. (New York).

**No. P66/223.**—Arnart Imports, Inc., and Continental Merchandise Co., Inc., protests 64/15769 and 60/14076 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 22, 1966

**No. P66/224.**—M. Hohner, Inc. v. United States, protest 65/9230 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.

**No. P66/225.**—Imported Merchandise Company v. United States, protests 63/19297–13841, 63/19327–13885, and 63/19330–13889 (Chicago).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rush bags similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiff was sustained.